UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANCE DAVOREN,

                    Plaintiff,

-against-

TOWN OF MOUNT HOPE and PAUL K. RICHARD, *Chief of Police*,

                    Defendants.

17-cv-9384 (NSR)

ORDER OF DISMISSAL

NELSON S. ROMÁN, United States District Judge:

Plaintiff Lance Davoren ("Plaintiff") initiated this action on November 30, 2017, against Defendants Town of Mount Hope and Paul K. Richard ("Defendants"). (ECF No. 1.)

On January 24, 2020, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for want of prosecution. (ECF No. 13.) In the OSC, the Court delineated Plaintiff's failure to prosecute his claims, including Plaintiff's failure to take any action in this matter since an electronic summons was issued on June 26, 2019. (*Id.*) Plaintiff was granted until February 17, 2020 to demonstrate to the Court that he had not abandoned his claims and was taking diligent steps to prosecute them. (*Id.*) Despite the passage of more than a month, Plaintiff has failed to communicate with the Court or otherwise respond to the OSC. Accordingly, due to Plaintiff's failure to prosecute this action, the action is dismissed pursuant to Fed R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to terminate this action.

Dated: February 27, 2020
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020